JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-1123 JGB (DTBx)** | Date | March 24, 2026 |
|---|---|---|---|
| Title | ***Kathy Kachaturian, et al. v. Jason Serio, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) DISMISSING Plaintiff's Case for Failure to Prosecute and Comply with Court Orders (IN CHAMBERS)**

On March 10, 2026, the Court issued an order to show cause for failure to prosecute. ("OSC," Dkt. No. 114.)  In the OSC, the Court ordered Plaintiff to request entry of default as to Defendant Modern Realty Group LLC or dismiss that defendant from the case on or before March 23, 2026.  (Id.)  As of the date of this order, Plaintiff has failed to do so.  The Court's OSC warned Plaintiff that failure to respond may result in dismissal of this action with prejudice.  (Id.)

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976).  Plaintiff has failed to respond to the Court's OSC or to take any action as directed in that OSC.  The Court therefore finds that Plaintiff has failed to prosecute this case with reasonable diligence and to comply with the Court's orders, and that dismissal is therefore appropriate.

Accordingly, the Court **DISMISSES** Plaintiff's action **WITH PREJUDICE** for failure to prosecute and failure to comply with court orders, and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**